**Opinion filed August 12, 2010**



# In The

# Eleventh Court of Appeals

_____

## No. 11-10-00169-CV
_____

## CLIFF WADDELL, II, ET AL, Appellants

## V.

## JUDY HARDY, Appellee

### On Appeal from the 35th District Court

### Brown County, Texas

### Trial Court Cause No. CV0412495

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss the appeal. In their motion, the parties state that all matters in controversy have been compromised and settled. The motion is granted, and the appeal is dismissed.

PER CURIAM

August 12, 2010

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.